NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1143

STATE OF LOUISIANA

VERSUS

BENJAMIN J. PARKER

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. CR650-2002
HONORABLE STUART S. KAY, JR., DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JOHN D. SAUNDERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

PETERS, J., CONCURS IN THE RESULT.

EZELL, J., CONCURS IN THE RESULT.

AFFIRMED AND REMANDED.

Hon. David W. Burton
District Attorney - 36th JDC
P. O. Box 99
DeRidder, LA 70634
(337) 463-5578
Counsel for: Appellee
        State of Louisiana

**David L. Wallace**
**Attorney at Law**
**P. O. Box 489**
**DeRidder, LA 70634**
**(337) 462-0473**
**Counsel for: Defendant/Appellant**
**Benjamin J. Parker**

**Richard Frederick Blankenship**
**Assistant DA**
**P. O. Box 99**
**DeRidder, LA 70634**
**(337) 463-5578**
**Counsel for: Appellee**
**State of Louisiana**

**Richard Ieyoub**
**Louisiana Attorney General**
**P. O. Box 94095**
**Baton Rouge, LA 70804**
**(225) 342-7013**
**Counsel for: Appellee**
**State of Louisiana**

**Benjamin J. Parker**
**Pro Se**
**8001 Hwy 190 East**
**Ragley, LA 70657**
**Counsel for: Defendant/Appellant**
**Benjamin J. Parker**